IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

LORENZO DUANE HOLMES

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

OFC. GRAY, MAJOR ANDERSON, SGT. COOK, CHEROKEE COUNTY DENTION CENTER, OFC. PAGE

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LORENZO DUANE HOLMES

All other names by which you have been known: SNYDER

ID Number: 20030013
Current Institution Address: CHEROKEE COUNTY DETENTION CENTER

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: GRAY
Job or Title (if known): OFC.
Shield Number:
Employer: CHEROKEE COUNTY DETENTION
Address: CENTER, 315 E. MEADOWS ST. GAFFNEY S.C. 29341

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name: ANDERSON

2

Job or Title (if known): MAJOR
Shield Number:
Employer Address: CHEROKEE COUNTY DETENTION CENTER 315 E. MEADOWS St. GAFFNEY S.C. 29341

☐ Individual capacity    ☑ Official capacity

Defendant No. 3
Name: COOK
Job or Title (if known): SGT.
Shield Number:
Employer Address: CHEROKEE COUNTY DETENTION CENTER. 315 E. MEADOWS St. GAFFNEY S.C. 29341

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
Name: OFC. PAGE
Job or Title (if known): OFC.
Shield Number:
Employer Address: CHEROKEE COUNTY DETENTION CENTER 315. E. MEADOWS St. GAFFNEY S.C. 29341

☐ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment Religion Claims
O'Lone v. Estate of Shabazz, 482 U.S. 342, 348 (1987), Bell v. Wolfish, 441 U.S. 520 (1979)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

OFC. GRAY, SGT. COOK, MAJOR ANDERSON, Cherokee County Detention Center - Deprives the Islamic Religion the proper means & have no understanding about the obligatory duties to be practice by a Muslim. Not allowed prayer space or wearing of Head-cover (Kufi).

III. **Prisoner Status** Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN CHEROKEE COUNTY DETENTION CENTER ON 11/23/24 - 11/24/24 in E-Unit OFC. GRAY stated I don't CARE about UR PRAYER, U better find Another way to do it. Informed SGT. Cook he stated "I don't Know Anything About UR Religion

C. What date and approximate time did the events giving rise to your claim(s) occur?

this happened the 11/23/24, on 11/24/24 at 5:15 - 5:30 Afternoon AS I WAS offering my PRAYER at my bed AREA ofc. GRAY WAlked in front of ME. At which time I confronted OFC. GRAY

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

About this verbally. OFC. GRAY called for me to be placed in C-MAX (Lock-up Unit). When SGT. Cook, OFC. PAGE, OFC. SCOTT (TRied to Asst. ME) came (HAd NO PART only witness) to the incident I stated I did Nothing to go to Lock-up. The Tape show that other INMATES tried talking to SGT. Cook About OFC. GRAY. Yet OFC. PAge said SPRAY HIM - refering to ME. I WAS SPRAYed Twice by OFC. GRAY & SGT. Cook.

**V. Injuries**

At which time I walked down the steps, out to the REC AREA. Then I was helped out the DORM by INMATE Austin, I walked up to the Booking door, as I was squatting down OFC. GRAY said "why doesn't he got CUFFS on". At this time OFC. GRAY & Lt. COBB CAME FROM control Booth, placed me in CUFFS, jacked me up from behind.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**VI. Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

That OFC. Gray is held accountably that he is either terminated or suspended, SGT. Cook as well along with demotion of rank. SGT. Page suspended. That Major Anderson properly train his Officers about all Religions Rights not just Christianity. Allowed to Practice my Faith completely.

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Cherokee County Detention Center

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☐  No

☑  Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   IN E-UNIT CHEROKEE COUNTY DETENTION CENTER
   11/23/24
   11/24/24

2. What did you claim in your grievance?

   THAT OFC. GRAY SEEMS TO NOT LIKE ME FOR NO OTHER REASON BEING THAT I AM A MUSLIM OF THE ISLAMIC FAITH.

3. What was the result, if any?

   Told by CAPT. WELLS I will SPEAK with U ABOUT this, HOWEVER still HAS NOT SPOKEN WITH ANYONE AS OF TODAY 12-15-24

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   WAS PLACED ON LOCK-UP (C-MAX), HAD NO WAY TO READ THE RESPONSE UNTIL 12-10-24, ASKED TO SPEAK WITH SOMEONE HOWEVER CAPT. WELLS WENT ON MEDICAL LEAVE.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____
   _____
   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____
        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    3. Docket or index number

    _____

    4. Name of Judge assigned to your case

    _____

    5. Approximate date of filing lawsuit

    _____

    6. Is the case still pending?

        ☐ Yes
        ☐ No

    If no, give the approximate date of disposition. _____

10

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____
    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐  Yes
    ☒  No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)    _____
        Defendant(s)   _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        _____
        _____

    3.  Docket or index number

        _____

    4.  Name of Judge assigned to your case

        _____

    5.  Approximate date of filing lawsuit

        _____

    6.  Is the case still pending?

        ☐  Yes
        ☐  No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **12-15**, 20**24**

Signature of Plaintiff    *Lorenzo Duane Holmes*
Printed Name of Plaintiff  **LORENZO DURANE HOLMES**
Prison Identification # **20030013**
Prison Address **Cherokee County Detention Center - 315 E Meadows St.**
**Gaffney**          **S.C.**          **29341**
City              State           Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____

12

Address           _____
Telephone Number  _____
E-mail Address    _____